IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01809-MSK-MJW

STANLEY RALPH TOLLE,

    Applicant,

v.

JUDGE DIANNA VANDEHEY, Municipal Court, City of Longmont, and
KEN SALAZAR, Attorney General of the State of Colorado,

    Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Krieger, Judge

    Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action.  The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because applicant has not made a substantial showing of the denial of a constitutional right.  Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this 22nd day of November, 2005.

                                                **BY THE COURT:**

                                                Marcia S. Krieger
                                                United States District Judge